JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7071
    Facsimile:  (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

FILED
MAR 24 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW ROBINSON,<br><br>    Defendant. | CR No. 09-70014 EDL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 AND CHANGING ARRAIGNMENT DATE |

On February 18, 2009, the parties appeared before the Court. At that time, the parties requested, and the Court agreed, to set March 23, 2009 as the date for the defendant's preliminary hearing or arraignment. The parties now request that the Court schedule the defendant's preliminary hearing or arraignment for April 13, 2009. The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through April 13, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL

1

1   The defendant also agrees to exclude for this period of time any time limits applicable
2   under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
3   reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
4   parties also agreed that the ends of justice served by granting such a continuance outweighed the
5   best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
6   SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 20, 2009        /s/
                             TAREK J. HELOU
                             Assistant United States Attorney

DATED: March 20, 2009        /s/
                             JUDD C. IVERSEN
                             Attorney for MATTHEW ROBINSON

For the reasons stated above, the Court schedules the defendant's preliminary hearing or arraignment for April 13, 2009, and finds that the extension of time for the defendant's preliminary hearing or arraignment through April 13, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 3/23/09

THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL                                                                              2