JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-70014 EDL |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 AND CHANGING ARRAIGNMENT DATE |
|     v. ) | |
| MATTHEW ROBINSON, ) | |
|     Defendant. ) | |

On March 20, 2009, the parties requested, and the Court agreed, to set April 12, 2009 as the date for the defendant's preliminary hearing or arraignment.  The parties now request that the Court schedule the defendant's preliminary hearing or arraignment for April 27, 2009 at 9:30 a.m.  The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through April 27, 2009.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

1  The defendant also agrees to exclude for this period of time any time limits applicable
2  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
3  reasonable time necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
4  parties also agreed that the ends of justice served by granting such a continuance outweighed the
5  best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
6  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

10  DATED: April 9, 2009                    /s/
                                TAREK J. HELOU
11                              Assistant United States Attorney

13  DATED: April 9, 2009                    /s/
                                JUDD C. IVERSEN
14                              Attorney for MATTHEW ROBINSON

15  For the reasons stated above, the Court schedules the defendant's preliminary hearing or
16  arraignment for April 27, 2009 at 9:30 a.m., and finds that the extension of time for the
17  defendant's preliminary hearing or arraignment through April 27, 2009 is warranted and that the
18  ends of justice served by the continuance outweigh the best interests of the public and the
19  defendant in a speedy trial.  18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the
20  requested continuance would deny the defendant effective preparation of counsel, and would
21  result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

23  SO ORDERED.

25  DATED: April 13, 2009                   _____
                                THE HONORABLE BERNARD ZIMMERMAN
26                              United States Magistrate Judge