1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,            ) CR No. 09-70014 EDL
                                          )
17 |     Plaintiff,                       ) STIPULATION AND [PROPOSED] ORDER
                                          ) EXCLUDING TIME UNDER FED. R. CRIM.
18 |  v.                                  ) P. 5.1 and 18 U.S.C. § 3161 AND CHANGING
                                          ) ARRAIGNMENT DATE
19 | MATTHEW ROBINSON,                    )
                                          )
20 |     Defendant.                       )

21

22       On April 10, 2009, the parties requested, and the Court agreed, to set April 27, 2009 as

23 the date for the defendant's preliminary hearing or arraignment.  The parties now request that the

24 Court schedule the defendant's preliminary hearing or arraignment for May 11, 2009 at 9:30 a.m.

25 The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d),

26 the time limits set forth in FRCP 5.1(c) be extended through April 27, 2009.  The parties agree

27 that, taking into account the public interest in prompt disposition of criminal cases, good cause

28 exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70014 EDL                                                                                    1

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: April 20, 2009                    /s/
                                            TAREK J. HELOU
                                            Assistant United States Attorney

DATED: April 20, 2009                    /s/
                                            JUDD C. IVERSEN
                                            Attorney for MATTHEW ROBINSON

For the reasons stated above, the Court schedules the defendant's preliminary hearing or arraignment for May 11, 2009 at 9:30 a.m., and finds that the extension of time for the defendant's preliminary hearing or arraignment through May 11, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: April 21, 2009                                              THE HONORABLE BERNARD ZIMMERMAN
                                             United States

IT IS SO ORDERED
/s/ Bernard Zimmerman
Judge Bernard Zimmerman